Morgan Guaranty Trust Company of New York, Trustee (Estate of Jonathan Peterson) *v.* Marion P. Heiser et al.

Pursuant to the stipulation of the parties, the reservation by the Superior Court in Fairfield County at Stamford is vacated and the case is remanded for further proceedings.

No costs will be taxed in this court in favor of any party.

Decided January 6, 1966

State of Connecticut *v.* Michael Smith

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Jacob D. Zeldes* and *L. Douglas Shrader,* in support of the petition.

Submitted December 27, 1965—decided January 25, 1966

Barbara B. Green *v.* James A. Green III

The motion by the defendant for review of the order terminating the stay of execution concerning temporary alimony in the appeal from the Superior Court in Fairfield County at Stamford is granted, and the order terminating the stay of execution is vacated.

*Joseph M. Kaye,* on the motion.